Michael A. Gould (SBN 151851)
Michael@wageandhourlaw.com
Aarin A. Zeif (SBN 247088)
Aarin@wageandhourlaw.com
THE GOULD LAW FIRM
A Professional Corporation
161 Fashion Lane, Suite 207
Tustin, California 92780
Telephone: (714) 669-2850
Facsimile: (714) 544-0800

Attorneys for Plaintiff,
Richard Griffin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GRIFFIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DGA SECURITY SYSTEMS, INC., and DOES 1 through 25,<br><br>Defendants. | CASE NO.:8:22-cv-01839-CJC-JDE<br><br>[Honorable Judge Cormac Carney]<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>**Complaint Filed: September 1, 2022**<br>**Trial Date: None Set** |

---

1
NOTICE OF SETTLEMENT OF ENTIRE ACTION

PLEASE TAKE NOTICE that all claims between all Parties in this matter have been resolved. The Parties are currently preparing settlement paperwork to finalize the settlement. The Parties anticipate dismissing this action within sixty (60) days.

Dated: November 21, 2022

_____
Michael A. Gould
Aarin A. Zeif
THE GOULD LAW FIRM
A Professional Law Corporation
Attorneys for Plaintiff
Richard Griffin