UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GRIFFIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DGA SECURITY SYSTEMS, INC., and DOES 1 through 25,<br><br>Defendants. | CASE NO.:8:22-cv-01839-CJC-JDE<br><br>[Honorable Judge Cormac Carney]<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**Complaint Filed: September 1, 2022**<br>**Trial Date: None Set** |

## ORDER

Based on the Stipulation for Dismissal with Prejudice and upon a finding of good cause, the Court hereby orders this action shall be, and is voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees, expenses and costs of court, if any.

Dated: January 10, 2023

_____
Hon. Judge Cormac Carney
United States District Court Judge

**ORDER DISMISSING ACTION WITH PREJUDICE**